SADELLE SKWIRE v. AARON LEBENSFELD and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the proposed record on appeal to be filed on or before May 15, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

DAVID H. VAN DAMM and Another v. SAMUEL GINSBERG and Others.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

METROPOLITAN TOBACCO COMPANY, in Behalf of Itself and of All Other Creditors of PARAMOUNT CONCESSIONS, INC., v. PARAMOUNT CONCESSIONS, INC., Impleaded with SAMUEL HORWITZ.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so appeal can be argued on or before May 15, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JACOB LOVETT v. SEIDLITZ & VAN BAARN, INC.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

STERLING MOTOR TRUCK COMPANY OF NEW YORK, INC., v. THOMAS J. LAVAN and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before April 27, 1931, with notice of argument for May 12, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

DAVID L. MOSS & CO., INC., v. SAMUEL KADNER.— Motion to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JULIUS OPPENHEIMER v. POSTAL BOND & MORTGAGE CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed so appeal can be argued on or before May 1, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM HENDRICKS.— Preference granted for April 8, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of CHARLES A. WUND, Appellant, for an Alternative Prohibition Order Directed against Hon. SAMUEL SEABURY, as Referee, to Conduct an Investigation of the Magistrates' Courts of the First Judicial Department and the Magistrates Thereof, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Petition of HARRY SINGER for an Alternative Prohibition Order Directed against Hon. SAMUEL SEABURY, as Referee, to Conduct an Investigation of the Magistrates' Courts of the First Judicial Department and the Magistrates Thereof.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.